UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/14
```

ROBERT HICKS,

                Plaintiff,

-against-

JOSEPH BRACERO, Shield #173

                Respondent.

12 Civ. 9000 (AT) (HBP)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    On December 10, 2012, Plaintiff, Robert Hicks, filed this action pursuant to 42 U.S.C. § 1983. On January 16, 2013, the Court referred this matter to Magistrate Judge Henry B. Pitman for general pretrial proceedings. On December 9, 2013, Defendant, Joseph Bracero, filed a motion to change venue to White Plains. Plaintiff did not file opposition papers. After careful consideration, Magistrate Judge Pitman issued a Report and Recommendation ("R & R"), proposing that Defendant's motion to change venue to White Plains be granted. Despite notification of the right to object to the R & R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R & R for clear error. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error. Accordingly, the Court ADOPTS Magistrate Judge Pitman's R & R in its entirety.

    The Clerk of Court is directed to terminate the motion at ECF No. 18 and to transfer the case to White Plains.

    SO ORDERED.

Dated: August 8, 2014
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge